**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number (if known) _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Horizon Interiors, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-0654105** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **134 New Boston Street, Suite C. Woburn, MA 01801** <br> Number, Street, City, State & ZIP Code <br><br> **Middlesex** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **150 New Boston Street, Suite J Woburn, MA 01801** <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **horizoninteriorsllc.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Horizon Interiors, LLC** _____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Horizon Interiors, LLC**     Case number (*if known*) _____
    Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Horizon Interiors, LLC** _____ Case number (*if known*)_____
    Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Horizon Interiors, LLC**     Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 17, 2024**
MM / DD / YYYY

**X**   **/s/ Valentino Pitta, Jr.**        **Valentino Pitta, Jr.**
Signature of authorized representative of debtor     Printed name

Title   **Manager**

**18. Signature of attorney**

**X**   **/s/ Marques C. Lipton**        Date **June 17, 2024**
Signature of attorney for debtor     MM / DD / YYYY

**Marques C. Lipton 676087**
Printed name

**Lipton Law Group, LLC**
Firm name

**945 Concord Street**
**Framingham, MA 01701**
Number, Street, City, State & ZIP Code

Contact phone   **5082020681**     Email address   **marques@liptonlg.com**

**676087 MA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Horizon Interiors, LLC**
United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Align Credit Union<br>40 Market Street<br>Lowell, MA 01852 | | All assets | | $150,670.00 | $0.00 | $150,670.00 |
| Align Credit Union<br>P.O. Box 7008<br>Lowell, MA 01852 | | Business Visa card | | | | $50,452.04 |
| Aperion Services<br>90 Boroline Road<br>Allendale, NJ 07401 | | Services provided | | | | $9,009.44 |
| Avance Cabinetry<br>132 Sykes Road<br>Fall River, MA 02720 | | Materials provided | | | | $10,047.50 |
| Belknap White Group<br>111 Plymouth Street<br>Mansfield, MA 02048 | | Materials provided | | | | $9,213.26 |
| Burke Electric Service<br>125 North Shore Road<br>Derry, NH 03038 | | Service provided | | | | $23,877.65 |
| Channel Partners Capital, LLC<br>10900 Wayzata Blvd, Suite 300<br>Hopkins, MN 55305 | | All assets | | $35,200.00 | $0.00 | $35,200.00 |
| Cummings Properties, LLC<br>c/o Joseph P. Mingolla, Esq.<br>200 West Cummings Park<br>Woburn, MA 01801 | | Post-vacancy assessment, holdover damages, | Disputed | | | $58,295.50 |
| Diamond Flooring<br>9 Valley Street<br>Saugus, MA 01906 | | Materials provided | | | | $7,200.00 |

Debtor **Horizon Interiors, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **E&G Electric**<br>23 Manson Street<br>Lynn, MA 01902 | | Materials provided | | | | $15,225.00 |
| **Hunter Douglas**<br>P.O. Box 405756<br>Atlanta, GA 30384 | | Materials provided | | | | $9,643.91 |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | | | | | $17,053.00 |
| **Lowes Pro Supply**<br>6910 Brasada Drive<br>Houston, TX 77085 | | Credit line | | | | $14,063.00 |
| **Massachusetts Department of Revenue**<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114 | | Sales tax | | | | $7,061.48 |
| **Massachusetts Dept of Revenue**<br>Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204 | | All assets | | $18,156.58 | $0.00 | $18,156.58 |
| **Modern House Construction, Inc.**<br>35 Withebee Street<br>Marlborough, MA 01752 | | Services provided | | | | $9,325.40 |
| **ODK Capital, LLC**<br>4700 W. Daybreak Parkway, Suite 200<br>South Jordan, UT 84009 | | Business loan | Disputed | | | $46,745.30 |
| **OnDeck Capital**<br>1400 Broadway, 25th Floor<br>New York, NY 10018 | | Business funding loan | | | | $15,340.80 |
| **The Home Depot**<br>P.O. Box 790420<br>Saint Louis, MO 63179 | | Business Credit card | | | | $12,618.00 |
| **Wolf Home Products**<br>515 North Zarfoss Drive<br>York, PA 17404 | | Materials supplied | | | | $19,500.00 |

# United States Bankruptcy Court
## District of Massachusetts

In re  **Horizon Interiors, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Linda M. Pitta**<br>**6 Phyllis Drive**<br>**Billerica, MA 01821** | **Common** | **1%** | |
| **Valentino Pitta**<br>**6 Phyllis Drive**<br>**Billerica, MA 01821** | **Common** | **99%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 17, 2024**

Signature  **/s/ Valentino Pitta, Jr.**  
**Valentino Pitta, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Massachusetts

In re **Horizon Interiors, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 17, 2024**

**/s/ Valentino Pitta, Jr.**
**Valentino Pitta, Jr.**/**Manager**
Signer/Title

134 New Boston Street, LLC
217 Rear New Boston Street
Woburn, MA 01801

Accurate Glass, Inc.
11 Garden Terrace
Woburn, MA 01801

ADP, LLC
1851 N. Resler Drive
MS-600
El Paso, TX 79912

Align Credit Union
40 Market Street
Lowell, MA 01852

Align Credit Union
P.O. Box 7008
Lowell, MA 01852

AMA Transportation Company, Inc.
28 Plank Street
Billerica, MA 01821

American Plate and Auto Glass Co.
42 Prince Street
Danvers, MA 01923

Aperion Services
90 Boroline Road
Allendale, NJ 07401

Autenzio Services, LLC
917 Main Street
Wilmington, MA 01887

Avance Cabinetry
132 Sykes Road
Fall River, MA 02720

B.J. Doyle Heating and AC
4 Jewel Drive
Wilmington, MA 01887

Beathan Regan, Esq.
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

Belknap White Group
111 Plymouth Street
Mansfield, MA 02048

```
Burke Electric Service
125 North Shore Road
Derry, NH 03038

Carrole Fabrics
1597 Paysphere Circle
Chicago, IL 60674

Cesarstone USA
1401 W. Morehead Street
Charlotte, NC 28208

Channel Partners Capital, LLC
10900 Wayzata Blvd, Suite 300
Hopkins, MN 55305

CIT First Citizens Bank & Trust
P.O. Box 550599
Jacksonville, FL 32255

City of Woburn-Tax Collector
10 Common Street
Woburn, MA 01801

Colorworks IV
270 Cambridge Street
Burlington, MA 01803

Colorworks Paint & Decorating Centers
55 White Street
Littleton, MA 01460

Comcast
P.O. Box 21828
Saint Paul, MN 55121

Comcast
P.O. box 70219
Philadelphia, PA 19176-0219

Corporate Client Services, LLC
1880 North Congress Avenue, Suite 211
Boynton Beach, FL 33426

Cummings Properties, LLC
c/o Joseph P. Mingolla, Esq.
200 West Cummings Park
Woburn, MA 01801

Diamond Flooring
9 Valley Street
Saugus, MA 01906
```

E&G Electric
23 Manson Street
Lynn, MA 01902

Eversource
247 Station Drive
Westwood, MA 02090

Eversource
P.O. Box 56007
Boston, MA 02205

Eversource 247 Station Drive
Westwood, MA 02090


EZ Pass, MA
1201 Broadway
Saugus, MA 01906

F. Paiva Marble & Granite
38 Cortland Street
Everett, MA 02149

First Citizens Bank
P.O. Box 550599
Jacksonville, FL 32255

Fox Capital Group, LLC
803 S. 21st Ave.
Hollywood, FL 33020

Gallant & Ervin, LLC
One Olde North Road
Chelmsford, MA 01824

Hirsch Glass Corp
595 University Avenue
Norwood, MA 02062

Hunter Douglas
P.O. Box 405756
Atlanta, GA 30384

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

J. Griffin Heating & Plumbing
50 Main Street
North Reading, MA 01864

Joe Lieberman, Esq.
P.O. Box 356
Cedarhurst, NY 11516

John F. Morello, Esq.
Morello & Associates, P.C.
220 Broadway, Unit 402
Lynnfield, MA 01940

Jones Boys Insulation
4 Electronics Avenue
Danvers, MA 01923

Joshua Kessleman, Esq.
Lieberman Klestzick, LLP
 1915 Hollywood Blvd, Suite 200
Hollywood, FL 33020

JSI Cabinetry
485 Commerce Drive
Fall River, MA 02720

Kamco Supply Corp
181 New Boston Street
Woburn, MA 01801

Landen Financial Services
P.O. Box 825736
Philadelphia, PA 19182

Leaf
P.O. Box 5066
Hartford, CT 06102-5066

Leasedirect-Unicarries Capital
P.O. Box 825736
Philadelphia, PA 19182

Lowes Business
P.O. Box 530790
Atlanta, GA 30353

Lowes Pro Supply
6910 Brasada Drive
Houston, TX 77085

MAPFRE Insurance
11 Gore Road
26000 Cannon Road
Webster, MA 01570

Marble & Granite, Inc.
270 University Avenue
Westwood, MA 02090

Marlin Leasing Corp. dba PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

```
Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Massachusetts Dept of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

Modern House Construction, Inc.
35 Withebee Street
Marlborough, MA 01752

Nappy Crane Service
P.O. Box 192
Groveland, MA 01834

National Grid
P.O. box 960
Northborough, MA 01532

National Grid
P.O. Box 371338
Pittsburgh, PA 15250

Next Day Molding
10 Industrial Parkway
Woburn, MA 01801

NRF Distributor, Inc.
P.O. Box 2467
Augusta, ME 04338

OASIS Shower Doors
50 Finnell Drive
Weymouth, MA 02188

ODK Capital, LLC
175 W. Jackson Blvd, Suite 600
Chicago, IL 60604

ODK Capital, LLC
4700 W. Daybreak Parkway, Suite 200
South Jordan, UT 84009

OnDeck Capital
1400 Broadway, 25th Floor
New York, NY 10018

Receivable Management Corporation
400 West Cummings Part Suite 4450
Woburn, MA 01801
```

Sherry A. Moore, Esq.
Zwicker & Associates, PC
P.O. Box 370910
Las Vegas, NV 89137

Star Sales and Distributing Corp
29 Commerce Way
Woburn, MA 01801

Sunbelt Rentals, Inc.
1275 West Mound Street
Columbus, OH 43223

The Home Depot
P.O. Box 790420
Saint Louis, MO 63179

TPX Communications
303 Wyman Street # 350
Waltham, MA 02451

Ultimate Plumbing
43 Wamesit Road
Tewksbury, MA 01876

Valentino Pitta
6 Phyllis Drive
Billerica, MA 01821

Valentino Pitta, Jr.
6 Phyllis Drive
Billerica, MA 01821

Valentino Pitta, Jr.
6 Phyliss Drive
Billerica, MA 01821

Versatrim
101 Eastern Minerals Road
Henderson, NC 27537

Wilmington Builders Supply
334 Main Street
Wilmington, MA 01887

Win Waste Innovations
90 Arboretum Drive
Portsmouth, NH 03801

Wolf Home Products
515 North Zarfoss Drive
York, PA 17404

# United States Bankruptcy Court
## District of Massachusetts

In re **Horizon Interiors, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Horizon Interiors, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 17, 2024**
Date

**/s/ Marques C. Lipton**
**Marques C. Lipton 676087**
Signature of Attorney or Litigant
Counsel for **Horizon Interiors, LLC**
**Lipton Law Group, LLC**
**945 Concord Street**
**Framingham, MA 01701**
**5082020681**
**marques@liptonlg.com**