UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>HORIZON INTERIORS, LLC<br><br>                  Debtor | Chapter 11<br>Case No. 24-11196-JEB |

# NOTICE OF APPEARANCE OF COUNSEL OF RECORD
**(WITH CERTIFICATE OF SERVICE)**

To the clerk of court and all parties of record,

    I am an attorney for an agency of the United States, in good standing as a member of the bar in every jurisdiction in which I am admitted to practice, not subject to pending disciplinary proceedings as a member of the bar in any jurisdiction, and I appear in this case pursuant to local rule 9010-1 as counsel for William K. Harrington, the United States Trustee for Region 1.

    Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE,
REGION 1,

By:    */s/ Justin A. Kesselman*
Justin A. Kesselman BBO#687793
Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109
Phone: (202) 377-9602
justin.a.kesselman@usdoj.gov

Dated: June 17, 2024

1

## CERTIFICATE OF SERVICE

I certify that on June 17, 2024, true and correct copies of the foregoing notice of appearance were served via CM/ECF only upon the individuals who have filed notices of appearance in the Court's CM/ECF database, as set forth below:

Marques C Lipton on behalf of Debtor Horizon Interiors, LLC
marques@liptonlg.com, mlipton@ecf.courtdrive.com

|  |  |
|---|---|
|  | WILLIAM K. HARRINGTON UNITED STATES TRUSTEE, REGION 1, |
| By: | */s/ Justin A. Kesselman* |
|  | Justin A. Kesselman BBO#687793 Department of Justice John W. McCormack Post Office & Courthouse 5 Post Office Square, Suite 1000 Boston, MA 02109 Phone: (202) 377-9602 |
| Dated: June 17, 2024 | justin.a.kesselman@usdoj.gov |