# HORIZON INTERIORS LLC
## PRE-JOURNAL CLOSE BALANCE SHEET
December 2023
For Store Location: "1" (HORIZON INTERIORS LLC)

ASSETS

| | | | |
|---|---|---|---|
| CURRENT ASSETS | | | |
| PETTY CASH | 5,691.34 | | |
| ALIGN CU CHECKING 11404 | 2,753.63 | | |
| ALIGN PAYROLL 17202 | 14,219.13 | | |
| ALIGN SAVINGS 114.1 | 518.50 | | |
| RECEIPTS NOT DEPOSITED | 945.75 | | |
| ALIGN OVERDRAFT LOC | 607.47 | | |
| INVEST-MONEY MARKET- MFS | 499.64 | | |
| SAVINGS PLAN | 25.76 | | |
| CERTIFICATE OF DEPOSITS ALIGN | -205.78 | | |
| ALIGN LINE OF CREDIT | -147,250.00 | | |
| FIDELITY BANK / CHECKING | 224.26 | | |
| TD BANK OPERATING | -12,620.62 | | |
| TD BANK PAYROLL | -484.82 | | |
| TD BANK SAVINGS | 7.19 | | |
| TRANSFER ACCOUNT | 67,933.94 | | |
| ACCOUNTS RECEIVABLE | 204,103.53 | | |
| MILL CLAIMS DUE | -23,056.86 | | |
| OTHER RECEIVABLES | -495.21 | | |
| INVENTORY | 640,965.69 | | |
| TOTAL CURRENT ASSETS | | 754,382.54 | |
| FIXED ASSETS | | | |
| FURNITURE AND FIXTURES | 45,061.43 | | |
| EQUIPMENT WAREHOUSE | 109,114.17 | | |
| EQUIPMENT OFFICE | 37,453.42 | | |
| VEHICLES | 363,855.00 | | |
| LEASEHOLD IMPROVEMENTS | 79,319.49 | | |
| ACCUMULATED DEPRECIATION | -523,850.00 | | |
| TOTAL FIXED ASSETS | | 110,953.51 | |
| OTHER ASSETS | | | |
| TOTAL OTHER ASSETS | | 0.00 | |
| TOTAL ASSETS | | | 865,336.05 |

HORIZON INTERIORS LLC
PRE-JOURNAL CLOSE BALANCE SHEET
December 2023
For Store Location: "1" (HORIZON INTERIORS LLC)

LIABILITIES AND STOCKHOLDER'S EQUITY

| | | | |
|---|---|---|---|
| CURRENT LIABILITIES | | | |
| ACCOUNT PAYABLE | 373,000.76 | | |
| SALES/USE TAX LIABILITY (PAY) | 27,957.98 | | |
| ACCRUED EXPENSES | -14,925.00 | | |
| HEALTH INSURANCE PAYABLE | -17.51 | | |
| MEDICARE PAYABLE | -627.85 | | |
| THE HOME DEPOT | 12,160.06 | | |
| WILMAR/H.D. SUPPLY | 6,355.00 | | |
| AMEX 3004 BLUE CASH | 95.00 | | |
| CREDIT ONE 0277 | 1,041.64 | | |
| AMEX 2007 DELTA SKYMILES | 403.88 | | |
| AMEX 6006 PLATINUM | 18,399.58 | | |
| BARCLAYS 2643 BLACK | 26,687.78 | | |
| CITI 3640 AADV PLAT | 17,906.00 | | |
| CHASE 5307 AMAZON | 12,040.00 | | |
| LOWE'S BUSINESS 3078419 | 17,521.98 | | |
| AMEX 3008 PLUM | 1,831.52 | | |
| ALIGN 0607 CU CC | 45,932.38 | | |
| CITI 0407 BUSINESS AADV | 13,441.57 | | |
| AMEX 3003 AMAZON BUS PRIME | 1,743.00 | | |
| LOWE'S PRO SUPPLY | 43,397.73 | | |
| CUSTOMER DEPOSITS | 621,183.98 | | |
| TOTAL CURRENT LIABILITIES | | 1,225,529.48 | |
| LONG TERM LIABILITIES | | | |
| NOTES PAYABLE | -354,699.74 | | |
| CORPORATE CLIENT SERVICES CONS | -6,790.56 | | |
| ST MARY'S CREDIT UNION NOTE | -1,373.78 | | |
| MARLIN LOAN NOTE PAYABLE | 159,910.61 | | |
| CELTIC BANK LOAN PAYABLE | 26,045.14 | | |
| CHANNEL PATRS CAP LOAN PAYABLE | 700.00 | | |
| FOX CAPITAL GROUP LOAN PAYABLE | 32,800.10 | | |
| TOTAL LONG TERM LIABILITIES | | -143,408.23 | |
| OTHER LIABILITIES | | | |
| TOTAL OTHER LIABILITIES | | 0.00 | |
| TOTAL LIABILITIES | | | 1,082,121.25 |
| STOCKHOLDER'S EQUITY | | | |
| CAPITAL ACCOUNT MEMB 1 VP | 764,191.00 | | |
| CAPITAL ACCOUNT MEMB 2 LP | 5,974.00 | | |
| MEMBER 1 DRAW | -850.00 | | |
| RETAINED EARNINGS | -1,034,034.67 | | |

HORIZON INTERIORS LLC
PRE-JOURNAL CLOSE BALANCE SHEET
December 2023
For Store Location: "1" (HORIZON INTERIORS LLC)

| | | |
|---|---|---|
| OWNER CONTRIBUTIONS | 172,612.46 | |
| CARES ACT STIMULUS | 49,330.00 | |
| EIDL CARES ACT STIMULS | 10,000.00 | |
| CURRENT PROFIT <LOSS> | -184,007.99 | |
| TOTAL STOCKHOLDER'S EQUITY | | -216,785.20 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | | 865,336.05 |
| | | ================ |