# HORIZON INTERIORS LLC
## STATEMENT OF INCOME
### PRE - JOURNAL CLOSE
### FOR STORE: Combined

| | December 2023 | | | | December 2022 | | | |
|---|---|---|---|---|---|---|---|---|
| | *---- Current Month ----* | | *----- Year To Date ----* | | *---- Current Month ----* | | *----- Year To Date ----* | |
| | Amount | Percent | Percent | Amount | Amount | Percent | Percent | Amount |
| **INCOME** | | | | | | | | |
| SALES REVENUE | 273,587.55 | 101.49% | 101.75% | 1,980,648.22 | 188,404.66 | 102.85% | 101.19% | 1,345,122.97 |
| SALES TAX EXPENSE | -4,997.31 | -1.85% | -2.04% | -39,701.13 | -5,213.47 | -2.85% | -3.04% | -40,381.18 |
| SALES NON TAXABLE INS PROCEEDS | 0.00 | 0.00% | 0.00% | 0.00 | 0.00 | 0.00% | 3.41% | 45,265.13 |
| FINANCE CHARGE INCOME | 977.49 | 0.36% | 0.35% | 6,754.65 | 0.00 | 0.00% | 0.06% | 806.25 |
| DISCOUNTS TO CUSTOMERS | -0.47 | -0.00% | -0.05% | -1,032.08 | 0.00 | 0.00% | -1.62% | -21,536.72 |
| **NET SALES** | 269,567.26 | 100.00% | 100.00% | 1,946,669.66 | 183,191.19 | 100.00% | 100.00% | 1,329,276.45 |
| **COST OF SALES** | | | | | | | | |
| COST OF MATERIALS | 174,939.29 | 64.90% | 51.52% | 1,002,924.17 | 101,086.89 | 55.18% | 54.39% | 723,013.43 |
| COST OF LABOR | 16,277.05 | 6.04% | 13.64% | 265,545.84 | 7,792.23 | 4.25% | 11.36% | 151,056.98 |
| MERCHANT ACCOUNT FEES | 711.21 | 0.26% | 0.21% | 4,077.85 | 169.34 | 0.09% | 0.45% | 5,925.08 |
| COMMISSIONS | 0.00 | 0.00% | 0.00% | 0.00 | 0.00 | 0.00% | 0.00% | 35.34 |
| FREIGHT | 185.71 | 0.07% | 1.22% | 23,764.39 | 1,987.68 | 1.09% | 2.10% | 27,902.95 |
| EARNED DISCOUNTS | -412.87 | -0.15% | -0.14% | -2,660.40 | -475.62 | -0.26% | -0.09% | -1,190.40 |
| PURCHASE TAX EXPENSE | 16.92 | 0.01% | 0.06% | 1,072.25 | 71.49 | 0.04% | 0.06% | 818.98 |
| FINANCE CHARGE COST | 0.00 | 0.00% | 0.00% | 46.69 | -2.21 | -0.00% | 0.02% | 238.49 |
| COST OF CLAIMS | 132.65 | 0.05% | -0.02% | -465.89 | -966.36 | -0.53% | -0.09% | -1,199.25 |
| CLAIMS IN PROCESS | 472.48 | 0.18% | 0.14% | 2,812.10 | 836.55 | 0.46% | 0.14% | 1,923.25 |
| **TOTAL COST OF SALES** | 192,322.44 | 71.34% | 66.63% | 1,297,117.00 | 110,499.99 | 60.32% | 68.35% | 908,524.85 |
| **GROSS PROFIT** | 77,244.82 | 28.66% | 33.37% | 649,552.66 | 72,691.20 | 39.68% | 31.65% | 420,751.60 |
| **EXPENSES** | | | | | | | | |
| ADVERTISING | 148.34 | 0.06% | 0.24% | 4,596.34 | 1,055.50 | 0.58% | 0.20% | 2,657.08 |
| ADVERTISING - RADIO | 0.00 | 0.00% | 0.00% | 0.00 | 0.00 | 0.00% | -0.00% | -11.00 |
| ADVERTISING - WEBSITE | 51.56 | 0.02% | 0.02% | 343.72 | 53.12 | 0.03% | 0.02% | 318.72 |
| ADVERTISING - PRINT | 0.00 | 0.00% | 0.00% | 3.32 | 0.00 | 0.00% | 0.02% | 199.84 |
| ADVERTISING - MKT SHOW BOOTHS | 15,325.31 | 5.69% | 0.82% | 15,999.14 | 48.00 | 0.03% | 0.02% | 288.00 |
| AMORTIZATION EXPENSE | 2,500.00 | 0.93% | 0.13% | 2,500.00 | 0.00 | 0.00% | 0.00% | 0.00 |
| AUTO EXPENSE | 2,059.02 | 0.76% | 0.98% | 19,046.94 | 2,012.34 | 1.10% | 2.41% | 32,066.98 |
| BANK FEES | 180.00 | 0.07% | 0.07% | 1,322.61 | 305.00 | 0.17% | 0.08% | 1,093.51 |
| CHARITABLE CONTRIBUTIONS | 0.00 | 0.00% | -0.01% | -246.74 | 0.00 | 0.00% | 0.00% | 0.00 |
| CHARITABLE CONTRIB NON CASH | 0.00 | 0.00% | 0.22% | 4,330.69 | 0.00 | 0.00% | 0.45% | 6,000.00 |
| CONSULTING & PROFESSIONAL FEES | 0.00 | 0.00% | 0.01% | 199.98 | 99.99 | 0.05% | 0.80% | 10,600.48 |
| CREDIT CARD FEES | 0.00 | 0.00% | 0.04% | 770.00 | 0.00 | 0.00% | 0.08% | 1,122.86 |
| CONVENTION&MEETINGS & OT MEALS | 0.00 | 0.00% | 0.01% | 100.96 | 0.00 | 0.00% | 0.00% | 0.00 |
| DEPRECIATION EXPENSE | 0.00 | 0.00% | 0.00% | 0.00 | 12,656.00 | 6.91% | 0.95% | 12,656.00 |
| MEMB-DUES AND SUBSCRIPTIONS | 1,426.05 | 0.53% | 0.99% | 19,179.48 | 873.77 | 0.48% | 0.47% | 6,213.27 |
| GP MEMB 1 EMP BEN EXP-HEALTH | 1,434.92 | 0.53% | 0.78% | 15,136.67 | 1,174.59 | 0.64% | 1.52% | 20,154.66 |
| GP MEMB 2 EMP BEN EXP-HEALTH | 272.70 | 0.10% | 0.46% | 8,994.64 | 999.15 | 0.55% | 0.87% | 11,529.13 |
| ACCIDENTAL INS AFLAC | 135.60 | 0.05% | 0.08% | 1,542.33 | 0.00 | 0.00% | 0.06% | 854.88 |
| HEALTH INSURANCE | 218.80 | 0.08% | 0.15% | 2,913.16 | 218.80 | 0.12% | 0.60% | 7,949.72 |
| DENTAL INSURANCE AFL | 0.00 | 0.00% | 0.00% | 0.00 | 0.00 | 0.00% | 0.04% | 469.03 |
| VISION INSURANCE AFL | 0.00 | 0.00% | 0.00% | 0.00 | 0.00 | 0.00% | -0.00% | -40.48 |
| LTD CRITICAL ILLNESS (AFL CR) | 146.40 | 0.05% | 0.08% | 1,565.22 | 0.00 | 0.00% | 0.04% | 469.77 |
| STD HOSPITAL  (AFL 1251) | 143.76 | 0.05% | 0.08% | 1,554.00 | 0.00 | 0.00% | 0.03% | 347.97 |
| GP MEMB 1 EMP BEN EXP-LIFE | 1,164.76 | 0.43% | 0.75% | 14,547.68 | 1,225.83 | 0.67% | 1.09% | 14,449.24 |
| FEES AND LICENSES | 640.00 | 0.24% | 0.15% | 2,855.00 | 595.00 | 0.32% | 0.13% | 1,769.70 |
| BUILDING PERMITS | 0.00 | 0.00% | 0.13% | 2,475.00 | 0.00 | 0.00% | 0.20% | 2,614.50 |
| INSURANCE | -1,769.48 | -0.66% | 1.76% | 34,291.29 | -1,353.08 | -0.74% | 2.72% | 36,089.80 |
| LAUNDRY AND DRY CLEANING | 0.00 | 0.00% | 0.00% | 89.99 | 0.00 | 0.00% | 0.00% | 0.00 |
| JANITORIAL EXPENSE | 210.00 | 0.08% | 0.31% | 6,059.16 | 53.10 | 0.03% | 1.49% | 19,841.15 |
| LEGAL & PROFESSIONAL | 0.00 | 0.00% | 0.14% | 2,800.00 | 0.00 | 0.00% | 0.84% | 11,101.92 |
| MAINTENANCE EXPENSE | 0.00 | 0.00% | 0.01% | 270.00 | 0.00 | 0.00% | 0.00% | 0.00 |
| MEALS & ENT REGULAR HRS | 0.00 | 0.00% | 0.00% | 10.00 | 0.00 | 0.00% | 0.00% | 0.00 |
| MISC EXPENSE | 0.00 | 0.00% | 0.00% | 76.74 | -10.00 | -0.01% | 0.00% | 48.00 |
| OFFICE EXPENSE | 1,722.65 | 0.64% | 1.31% | 25,516.74 | 2,926.69 | 1.60% | 2.34% | 31,038.60 |
| FURNITURE & FIXTURES | 0.00 | 0.00% | 0.05% | 891.00 | 0.00 | 0.00% | 0.04% | 522.88 |
| WAREHOUSE EXPENSE | 0.00 | 0.00% | 0.11% | 2,145.34 | -220.10 | -0.12% | 0.08% | 1,020.56 |
| WAREHOUSE EXPENSE FIRE CLEANUP | 0.00 | 0.00% | 0.00% | 0.00 | 0.00 | 0.00% | 2.17% | 28,864.58 |
| PAYROLL TAX EXPENSE EMPLER | 2,372.42 | 0.88% | 1.19% | 23,126.75 | 1,553.91 | 0.85% | 2.89% | 38,387.25 |
| GUART PAY MEMB 1 COLLEGE FNDGK | 400.00 | 0.15% | 0.15% | 2,900.00 | 200.00 | 0.11% | 0.15% | 2,000.00 |
| PENALTIES AND FINES EXPENSE | 0.00 | 0.00% | 0.00% | 0.00 | 0.00 | 0.00% | 0.02% | 256.11 |
| POSTAGE AND SHIPPING | 0.00 | 0.00% | 0.02% | 366.70 | 32.00 | 0.02% | 0.07% | 932.17 |
| EQUIPMENT RENTAL | 0.00 | 0.00% | 0.21% | 4,096.46 | 1,100.00 | 0.60% | 0.34% | 4,540.24 |
| COPIER MACHINE LEASE | 245.38 | 0.09% | 0.20% | 3,886.66 | 0.00 | 0.00% | 0.00% | 0.00 |
| FORKLIFT LEASE | 1,986.25 | 0.74% | 0.21% | 4,156.38 | 0.00 | 0.00% | 0.00% | 0.00 |
| RENT OR LEASE EXPENSE | 11,150.00 | 4.14% | 7.03% | 136,918.36 | 13,994.10 | 7.64% | 12.24% | 162,699.74 |
| REPAIRS & MAINTENANCE, OFFICE | 95.00 | 0.04% | 0.11% | 2,192.01 | 0.00 | 0.00% | 0.31% | 4,104.13 |
| REPAIRS & MAINTENANCE, EQUIPM | 0.00 | 0.00% | 0.00% | 60.56 | 22.38 | 0.01% | 0.13% | 1,761.59 |
| REPAIRS & MAINTENANCE, VEHICLE | -135.07 | -0.05% | 0.40% | 7,850.32 | 144.71 | 0.08% | 1.25% | 16,614.46 |

HORIZON IN PRINT US LLC
STATEMENT OF INCOME
PRE - JOURNAL CLOSE
FOR STORE: Combined

|  | December 2023 | | | | December 2022 | | | |
|---|---|---|---|---|---|---|---|---|
|  | Current Month | | Year To Date | | Current Month | | Year To Date | |
|  | Amount | Percent | Percent | Amount | Amount | Percent | Percent | Amount |
| SOFTWARE SUPPORT FEE | 1,663.36 | 0.62% | 0.40% | 7,695.82 | 952.50 | 0.52% | 0.76% | 10,110.42 |
| COMPUTER & INTERNET | 8.09 | 0.00% | 0.30% | 5,797.29 | 2,550.28 | 1.39% | 0.56% | 7,422.05 |
| GUARNT PAY MEMB 1 DRAW | 4,667.50 | 1.73% | 1.77% | 34,417.50 | 3,400.00 | 1.86% | 3.06% | 40,700.00 |
| GUARNT PAY MEMB 2 DRAW | 1,488.37 | 0.55% | 0.78% | 15,085.87 | 1,470.00 | 0.80% | 1.35% | 17,990.00 |
| SALARIES AND WAGES-STAFF | 29,513.30 | 10.95% | 14.92% | 290,486.28 | 20,058.51 | 10.95% | 27.43% | 364,618.24 |
| PAYROLL PROCESSING FEES | 707.05 | 0.26% | 0.24% | 4,753.98 | 275.19 | 0.15% | 0.22% | 2,902.43 |
| SUPPLIES EXPENSE | 0.00 | 0.00% | 0.01% | 141.40 | 0.00 | 0.00% | 0.00% | 0.00 |
| TAXES-OTHER | 0.00 | 0.00% | 0.06% | 1,219.29 | 61.32 | 0.03% | 0.07% | 866.83 |
| G P TAXES PAID | 0.00 | 0.00% | 0.18% | 3,415.00 | 0.00 | 0.00% | 2.09% | 27,754.00 |
| TELEPHONE EXPENSE | 927.56 | 0.34% | 0.73% | 14,163.86 | 1,739.74 | 0.95% | 1.25% | 16,553.82 |
| TRAINING EXPENSE | 0.00 | 0.00% | 0.00% | 0.00 | 0.00 | 0.00% | 0.01% | 175.00 |
| TRAVEL EXPENSE | 740.00 | 0.27% | 1.01% | 19,683.38 | 694.10 | 0.38% | 0.84% | 11,154.40 |
| UTILITIES EXPENSE | 1,348.32 | 0.50% | 1.12% | 21,892.29 | 870.41 | 0.48% | 1.31% | 17,477.51 |
| TOTAL EXPENSES | 83,187.92 | 30.86% | 40.90% | 796,186.56 | 71,832.85 | 39.21% | 76.08% | 1,011,321.74 |
| INCOME <LOSS> FROM OPERATIONS | -5,943.10 | -2.20% | -7.53% | -146,633.90 | 858.35 | 0.47% | -44.43% | -590,570.14 |
| MISC. INCOME | | | | | | | | |
| INTEREST INCOME | 0.00 | 0.00% | 0.00% | 0.04 | 0.06 | 0.00% | 0.03% | 335.54 |
| GAIN ON THE SALE OF ASSETS | 0.00 | 0.00% | 0.00% | 0.00 | 0.00 | 0.00% | -0.01% | -88.20 |
| OTHER INCOME | 0.00 | 0.00% | 0.01% | 141.68 | 0.00 | 0.00% | 0.03% | 351.95 |
| TOTAL MISC. INCOME | 0.00 | 0.00% | 0.01% | 141.72 | 0.06 | 0.00% | 0.05% | 599.29 |
| MISC. EXPENSES | | | | | | | | |
| INTEREST EXPENSE | 3,613.50 | 1.34% | 1.81% | 35,225.68 | 2,776.65 | 1.52% | 2.04% | 27,068.20 |
| LOSS ON BAD DEBT | 0.00 | 0.00% | 0.08% | 1,519.14 | 0.00 | 0.00% | 0.00% | 0.00 |
| TOTAL MISC. EXPENSES | 3,613.50 | 1.34% | 1.89% | 36,744.82 | 2,776.65 | 1.52% | 2.04% | 27,068.20 |
| INCOME <LOSS> BEFORE TAXES | -9,556.60 | -3.55% | -9.41% | -183,237.00 | -1,918.24 | -1.05% | -46.42% | -617,039.05 |
| PROV. FOR TAXES | | | | | | | | |
| TOTAL PROV. FOR TAXES | 0.00 | 0.00% | 0.00% | 0.00 | 0.00 | 0.00% | 0.00% | 0.00 |
| INCOME <LOSS> AFTER TAXES | -9,556.60 | -3.55% | -9.41% | -183,237.00 | -1,918.24 | -1.05% | -46.42% | -617,039.05 |