```
Page No:  1                          HORIZON INTERIORS LLC
05/30/24                             STATEMENT OF INCOME
10:52AM                             PRE - JOURNAL CLOSE
                                     FOR STORE: Combined

                                                              April 2024

                                        *----- Current Month ----*
                                         Amount          Percent
```

|  | Amount | Percent |
|---|---:|---:|
| **INCOME** | | |
| SALES REVENUE | 200,627.39 | 100.27% |
| SALES TAX EXPENSE | -2,000.00 | -1.00% |
| FINANCE CHARGE INCOME | 1,839.18 | 0.92% |
| DISCOUNTS TO CUSTOMERS | -371.12 | -0.19% |
| **NET SALES** | 200,095.45 | 100.00% |
| | | |
| **COST OF SALES** | | |
| COST OF MATERIALS | 56,432.42 | 28.20% |
| COST OF LABOR | 12,313.35 | 6.15% |
| MERCHANT ACCOUNT FEES | -164.53 | -0.08% |
| FREIGHT | 662.08 | 0.33% |
| EARNED DISCOUNTS | -36.40 | -0.02% |
| PURCHASE TAX EXPENSE | 18.28 | 0.01% |
| FINANCE CHARGE COST | 56.34 | 0.03% |
| COST OF CLAIMS | 205.95 | 0.10% |
| CLAIMS IN PROCESS | 0.00 | 0.00% |
| **TOTAL COST OF SALES** | 69,487.49 | 34.73% |
| | | |
| **GROSS PROFIT** | 130,607.96 | 65.27% |
| | | |
| **EXPENSES** | | |
| ADVERTISING | 0.00 | 0.00% |
| ADVERTISING - WEBSITE | 0.00 | 0.00% |
| ADVERTISING - PRINT | 0.00 | 0.00% |
| ADVERTISING - MKT SHOW BOOTHS | 0.00 | 0.00% |
| AMORTIZATION EXPENSE | 0.00 | 0.00% |
| AUTO EXPENSE | 0.00 | 0.00% |
| BANK FEES | 162.49 | 0.08% |
| CHARITABLE CONTRIBUTIONS | 0.00 | 0.00% |
| CHARITABLE CONTRIB NON CASH | 0.00 | 0.00% |
| CONSULTING & PROFESSIONAL FEES | 0.00 | 0.00% |
| CREDIT CARD FEES | 0.00 | 0.00% |
| CONVENTION&MEETINGS & OT MEALS | 0.00 | 0.00% |
| MEMB-DUES AND SUBSCRIPTIONS | 1,569.01 | 0.78% |
| GP MEMB 1 EMP BEN EXP-HEALTH | 174.70 | 0.09% |
| GP MEMB 2 EMP BEN EXP-HEALTH | 175.00 | 0.09% |
| ACCIDENTAL INS AFLAC | 169.50 | 0.08% |
| HEALTH INSURANCE | 218.80 | 0.11% |
| LTD CRITICAL ILLNESS (AFL CR) | 183.00 | 0.09% |
| STD HOSPITAL (AFL 1251) | 179.70 | 0.09% |
| GP MEMB 1 EMP BEN EXP-LIFE | 1,244.94 | 0.62% |
| FEES AND LICENSES | 199.00 | 0.10% |
| BUILDING PERMITS | 0.00 | 0.00% |
| INSURANCE | 403.51 | 0.20% |
| LAUNDRY AND DRY CLEANING | 0.00 | 0.00% |
| JANITORIAL EXPENSE | -120.00 | -0.06% |
| LEGAL & PROFESSIONAL | 0.00 | 0.00% |
| MAINTENANCE EXPENSE | 0.00 | 0.00% |
| MEALS & ENT REGULAR HRS | 0.00 | 0.00% |
| MISC EXPENSE | 0.00 | 0.00% |
| OFFICE EXPENSE | 2,253.46 | 1.13% |
| FURNITURE & FIXTURES | 99.00 | 0.05% |

# HORIZON INTERIORS LLC
## STATEMENT OF INCOME
### PRE-JOURNAL CLOSE
### FOR STORE: Combined

April 2024

| | Current Month | |
|---|---:|---:|
| | Amount | Percent |
| WAREHOUSE EXPENSE | 40.76 | 0.02% |
| PAYROLL TAX EXPENSE EMPLER | 4,717.95 | 2.36% |
| GUART PAY MEMB 1 COLLEGE FNDGK | 200.00 | 0.10% |
| POSTAGE AND SHIPPING | 85.00 | 0.04% |
| EQUIPMENT RENTAL | 0.00 | 0.00% |
| COPIER MACHINE LEASE | 245.38 | 0.12% |
| FORKLIFT LEASE | 1,324.57 | 0.66% |
| RENT OR LEASE EXPENSE | 11,000.00 | 5.50% |
| REPAIRS & MAINTENANCE, OFFICE | 0.00 | 0.00% |
| REPAIRS & MAINTENANCE, EQUIPM | 0.00 | 0.00% |
| REPAIRS & MAINTENANCE, VEHICLE | 2,281.55 | 1.14% |
| SOFTWARE SUPPORT FEE | 0.00 | 0.00% |
| COMPUTER & INTERNET | 15.71 | 0.01% |
| GUARNT PAY MEMB 1 DRAW | 3,600.00 | 1.80% |
| GUARNT PAY MEMB 2 DRAW | 1,543.48 | 0.77% |
| SALARIES AND WAGES-STAFF | 7,762.95 | 3.88% |
| PAYROLL PROCESSING FEES | 432.24 | 0.22% |
| SUPPLIES EXPENSE | 0.00 | 0.00% |
| TAXES-OTHER | 0.00 | 0.00% |
| G P TAXES PAID | 0.00 | 0.00% |
| TELEPHONE EXPENSE | 976.11 | 0.49% |
| TRAVEL EXPENSE | 2,431.39 | 1.22% |
| UTILITIES EXPENSE | 1,340.57 | 0.67% |
| **TOTAL EXPENSES** | **44,909.77** | **22.44%** |
| **INCOME <LOSS> FROM OPERATIONS** | **85,698.19** | **42.83%** |
| MISC. INCOME | | |
| INTEREST INCOME | 0.01 | 0.00% |
| OTHER INCOME | 0.00 | 0.00% |
| **TOTAL MISC. INCOME** | **0.01** | **0.00%** |
| MISC. EXPENSES | | |
| INTEREST EXPENSE | 1,867.88 | 0.93% |
| LOSS ON BAD DEBT | 0.00 | 0.00% |
| **TOTAL MISC. EXPENSES** | **1,867.88** | **0.93%** |
| **INCOME <LOSS> BEFORE TAXES** | **83,830.32** | **41.90%** |
| PROV. FOR TAXES | | |
| **TOTAL PROV. FOR TAXES** | **0.00** | **0.00%** |
| **INCOME <LOSS> AFTER TAXES** | **83,830.32** | **41.90%** |

HORIZON INTERIORS, LLC
STATEMENT OF INCOME
PRE - JOURNAL CLOSE
FOR STORE: Combined

Page No: 1
05/30/24
10:51AM

March 2024

|  | * - - - - - Current Month - - - - * | |
|---|---:|---:|
|  | Amount | Percent |
| **INCOME** | | |
| SALES REVENUE | 365,160.37 | 100.05% |
| SALES TAX EXPENSE | -2,000.00 | -0.55% |
| FINANCE CHARGE INCOME | 2,263.79 | 0.62% |
| DISCOUNTS TO CUSTOMERS | -442.35 | -0.12% |
| **NET SALES** | 364,981.81 | 100.00% |
| **COST OF SALES** | | |
| COST OF MATERIALS | 137,533.35 | 37.68% |
| COST OF LABOR | 16,491.00 | 4.52% |
| MERCHANT ACCOUNT FEES | 597.56 | 0.16% |
| FREIGHT | 1,108.88 | 0.30% |
| EARNED DISCOUNTS | -34.00 | -0.01% |
| PURCHASE TAX EXPENSE | 7.72 | 0.00% |
| FINANCE CHARGE COST | 42.51 | 0.01% |
| COST OF CLAIMS | 133.89 | 0.04% |
| CLAIMS IN PROCESS | 57.02 | 0.02% |
| **TOTAL COST OF SALES** | 155,937.93 | 42.72% |
| **GROSS PROFIT** | 209,043.88 | 57.28% |
| **EXPENSES** | | |
| ADVERTISING | 277.18 | 0.08% |
| ADVERTISING - WEBSITE | 55.81 | 0.02% |
| ADVERTISING - PRINT | 0.00 | 0.00% |
| ADVERTISING - MKT SHOW BOOTHS | 0.00 | 0.00% |
| AMORTIZATION EXPENSE | 0.00 | 0.00% |
| AUTO EXPENSE | 3,767.23 | 1.03% |
| BANK FEES | 83.25 | 0.02% |
| CHARITABLE CONTRIBUTIONS | 0.00 | 0.00% |
| CHARITABLE CONTRIB NON CASH | 0.00 | 0.00% |
| CONSULTING & PROFESSIONAL FEES | 0.00 | 0.00% |
| CREDIT CARD FEES | 0.00 | 0.00% |
| CONVENTION&MEETINGS & OT MEALS | 0.00 | 0.00% |
| MEMB-DUES AND SUBSCRIPTIONS | 414.31 | 0.11% |
| GP MEMB 1 EMP BEN EXP-HEALTH | 20.00 | 0.01% |
| GP MEMB 2 EMP BEN EXP-HEALTH | 175.00 | 0.05% |
| ACCIDENTAL INS AFLAC | 135.60 | 0.04% |
| HEALTH INSURANCE | 393.50 | 0.11% |
| LTD CRITICAL ILLNESS (AFL CR) | 146.40 | 0.04% |
| STD HOSPITAL (AFL 1251) | 143.76 | 0.04% |
| GP MEMB 1 EMP BEN EXP-LIFE | 1,569.94 | 0.43% |
| FEES AND LICENSES | 65.00 | 0.02% |
| BUILDING PERMITS | 0.00 | 0.00% |
| INSURANCE | 14,013.95 | 3.84% |
| LAUNDRY AND DRY CLEANING | 0.00 | 0.00% |
| JANITORIAL EXPENSE | 1,237.41 | 0.34% |
| LEGAL & PROFESSIONAL | 0.00 | 0.00% |
| MAINTENANCE EXPENSE | 0.00 | 0.00% |
| MEALS & ENT REGULAR HRS | 0.00 | 0.00% |
| MISC EXPENSE | 0.00 | 0.00% |
| OFFICE EXPENSE | 1,686.43 | 0.46% |
| FURNITURE & FIXTURES | 0.00 | 0.00% |

HORIZON INTERIORS LLC
STATEMENT OF INCOME
PRE - JOURNAL CLOSE
FOR STORE: Combined

Page No: 2
05/30/24
10:51AM

March 2024

| | Current Month | |
|---|---:|---:|
| | Amount | Percent |
| WAREHOUSE EXPENSE | 0.00 | 0.00% |
| PAYROLL TAX EXPENSE EMPLER | 7,094.08 | 1.94% |
| GUART PAY MEMB 1 COLLEGE FNDGK | 200.00 | 0.05% |
| POSTAGE AND SHIPPING | 0.00 | 0.00% |
| EQUIPMENT RENTAL | 0.00 | 0.00% |
| COPIER MACHINE LEASE | 245.38 | 0.07% |
| FORKLIFT LEASE | 1,398.35 | 0.38% |
| RENT OR LEASE EXPENSE | 11,150.00 | 3.05% |
| REPAIRS & MAINTENANCE, OFFICE | 0.00 | 0.00% |
| REPAIRS & MAINTENANCE, EQUIPM | 0.00 | 0.00% |
| REPAIRS & MAINTENANCE, VEHICLE | 0.00 | 0.00% |
| SOFTWARE SUPPORT FEE | 0.00 | 0.00% |
| COMPUTER & INTERNET | 8.09 | 0.00% |
| GUARNT PAY MEMB 1 DRAW | 4,500.00 | 1.23% |
| GUARNT PAY MEMB 2 DRAW | 1,543.48 | 0.42% |
| SALARIES AND WAGES-STAFF | 27,828.21 | 7.62% |
| PAYROLL PROCESSING FEES | 692.92 | 0.19% |
| SUPPLIES EXPENSE | 0.00 | 0.00% |
| TAXES-OTHER | 191.60 | 0.05% |
| G P TAXES PAID | 0.00 | 0.00% |
| TELEPHONE EXPENSE | 1,007.95 | 0.28% |
| TRAVEL EXPENSE | 2,805.99 | 0.77% |
| UTILITIES EXPENSE | 1,277.21 | 0.35% |
| TOTAL EXPENSES | 84,128.03 | 23.05% |
| INCOME <LOSS> FROM OPERATIONS | 124,915.85 | 34.23% |
| MISC. INCOME | | |
| INTEREST INCOME | 0.02 | 0.00% |
| OTHER INCOME | 0.00 | 0.00% |
| TOTAL MISC. INCOME | 0.02 | 0.00% |
| MISC. EXPENSES | | |
| INTEREST EXPENSE | 2,011.50 | 0.55% |
| LOSS ON BAD DEBT | 0.00 | 0.00% |
| TOTAL MISC. EXPENSES | 2,011.50 | 0.55% |
| INCOME <LOSS> BEFORE TAXES | 122,904.37 | 33.67% |
| PROV. FOR TAXES | | |
| TOTAL PROV. FOR TAXES | 0.00 | 0.00% |
| INCOME <LOSS> AFTER TAXES | 122,904.37 | 33.67% |

Case 24-11196   Doc 10   Filed 06/17/24   Entered 06/17/24 16:37:34   Desc Main
Document   Page 5 of 6

Page No: 1
05/30/24
10:51AM

HORIZON INTERIORS LLC
STATEMENT OF INCOME
PRE - JOURNAL CLOSE
FOR STORE: Combined

February 2024

| | Current Month | |
|---|---:|---:|
| | Amount | Percent |
| **INCOME** | | |
| SALES REVENUE | 213,309.32 | 100.91% |
| SALES TAX EXPENSE | -2,123.03 | -1.00% |
| FINANCE CHARGE INCOME | 196.58 | 0.09% |
| DISCOUNTS TO CUSTOMERS | 1.52 | 0.00% |
| **NET SALES** | 211,384.39 | 100.00% |
| | | |
| **COST OF SALES** | | |
| COST OF MATERIALS | 100,044.95 | 47.33% |
| COST OF LABOR | 15,245.80 | 7.21% |
| MERCHANT ACCOUNT FEES | 437.76 | 0.21% |
| FREIGHT | 855.06 | 0.40% |
| EARNED DISCOUNTS | 0.00 | 0.00% |
| PURCHASE TAX EXPENSE | -122.13 | -0.06% |
| FINANCE CHARGE COST | 69.61 | 0.03% |
| COST OF CLAIMS | 4,273.86 | 2.02% |
| CLAIMS IN PROCESS | 0.00 | 0.00% |
| **TOTAL COST OF SALES** | 120,804.91 | 57.15% |
| | | |
| **GROSS PROFIT** | 90,579.48 | 42.85% |
| | | |
| **EXPENSES** | | |
| ADVERTISING | 0.00 | 0.00% |
| ADVERTISING - WEBSITE | -546.44 | -0.26% |
| ADVERTISING - PRINT | 0.00 | 0.00% |
| ADVERTISING - MKT SHOW BOOTHS | 0.00 | 0.00% |
| AMORTIZATION EXPENSE | 0.00 | 0.00% |
| AUTO EXPENSE | 2,239.13 | 1.06% |
| BANK FEES | 63.25 | 0.03% |
| CHARITABLE CONTRIBUTIONS | 0.00 | 0.00% |
| CHARITABLE CONTRIB NON CASH | 0.00 | 0.00% |
| CONSULTING & PROFESSIONAL FEES | 0.00 | 0.00% |
| CREDIT CARD FEES | 0.00 | 0.00% |
| CONVENTION&MEETINGS & OT MEALS | 0.00 | 0.00% |
| MEMB-DUES AND SUBSCRIPTIONS | 135.31 | 0.06% |
| GP MEMB 1 EMP BEN EXP-HEALTH | 1,280.13 | 0.61% |
| GP MEMB 2 EMP BEN EXP-HEALTH | 12.00 | 0.01% |
| ACCIDENTAL INS AFLAC | 135.60 | 0.06% |
| HEALTH INSURANCE | 569.70 | 0.27% |
| LTD CRITICAL ILLNESS (AFL CR) | 146.40 | 0.07% |
| STD HOSPITAL (AFL 1251) | 143.76 | 0.07% |
| GP MEMB 1 EMP BEN EXP-LIFE | 1,144.94 | 0.54% |
| FEES AND LICENSES | 0.00 | 0.00% |
| BUILDING PERMITS | 0.00 | 0.00% |
| INSURANCE | 0.00 | 0.00% |
| LAUNDRY AND DRY CLEANING | 0.00 | 0.00% |
| JANITORIAL EXPENSE | 2,532.28 | 1.20% |
| LEGAL & PROFESSIONAL | 0.00 | 0.00% |
| MAINTENANCE EXPENSE | 0.00 | 0.00% |
| MEALS & ENT REGULAR HRS | 0.00 | 0.00% |
| MISC EXPENSE | 0.00 | 0.00% |
| OFFICE EXPENSE | 1,140.97 | 0.54% |
| FURNITURE & FIXTURES | 0.00 | 0.00% |

HORIZON INTERIORS LLC
STATEMENT OF INCOME
PRE - JOURNAL CLOSE
FOR STORE: Combined

Page No: 2
05/30/24
10:51AM

February 2024

|  | Current Month | |
|---|---:|---:|
|  | Amount | Percent |
| WAREHOUSE EXPENSE | 0.00 | 0.00% |
| PAYROLL TAX EXPENSE EMPLER | 1,794.82 | 0.85% |
| GUART PAY MEMB 1 COLLEGE FNDGK | 400.00 | 0.19% |
| POSTAGE AND SHIPPING | 0.00 | 0.00% |
| EQUIPMENT RENTAL | -210.29 | -0.10% |
| COPIER MACHINE LEASE | 826.68 | 0.39% |
| FORKLIFT LEASE | 1,242.54 | 0.59% |
| RENT OR LEASE EXPENSE | 11,150.00 | 5.27% |
| REPAIRS & MAINTENANCE, OFFICE | 0.00 | 0.00% |
| REPAIRS & MAINTENANCE, EQUIPM | 508.70 | 0.24% |
| REPAIRS & MAINTENANCE, VEHICLE | 2,123.95 | 1.00% |
| SOFTWARE SUPPORT FEE | 1,365.10 | 0.65% |
| COMPUTER & INTERNET | 15.71 | 0.01% |
| GUARNT PAY MEMB 1 DRAW | 900.00 | 0.43% |
| GUARNT PAY MEMB 2 DRAW | 773.37 | 0.37% |
| SALARIES AND WAGES-STAFF | 16,555.50 | 7.83% |
| PAYROLL PROCESSING FEES | 280.68 | 0.13% |
| SUPPLIES EXPENSE | 0.00 | 0.00% |
| TAXES-OTHER | 527.70 | 0.25% |
| G P TAXES PAID | 0.00 | 0.00% |
| TELEPHONE EXPENSE | 927.71 | 0.44% |
| TRAVEL EXPENSE | 597.46 | 0.28% |
| UTILITIES EXPENSE | 1,756.89 | 0.83% |
| **TOTAL EXPENSES** | 50,533.55 | 23.91% |
| **INCOME <LOSS> FROM OPERATIONS** | 40,045.93 | 18.94% |
| MISC. INCOME | | |
| INTEREST INCOME | 0.11 | 0.00% |
| OTHER INCOME | 0.00 | 0.00% |
| **TOTAL MISC. INCOME** | 0.11 | 0.00% |
| MISC. EXPENSES | | |
| INTEREST EXPENSE | 2,343.05 | 1.11% |
| LOSS ON BAD DEBT | 0.00 | 0.00% |
| **TOTAL MISC. EXPENSES** | 2,343.05 | 1.11% |
| **INCOME <LOSS> BEFORE TAXES** | 37,702.99 | 17.84% |
| PROV. FOR TAXES | | |
| **TOTAL PROV. FOR TAXES** | 0.00 | 0.00% |
| **INCOME <LOSS> AFTER TAXES** | 37,702.99 | 17.84% |