In re Horizon Interiors, LLC: Chapter 11 Case No.: 24-11196-JEB-

Budget Projection in support of Motion for Authorization to Use Cash Collateral for the period

| | June 17-July 16 Projected | June 17-July 16 Actual | July 17-August 16 (Projected) | July 17-August 16 (Actual) | August 17-September 16 | August 17-Sept 16 Actual |
|---|---|---|---|---|---|---|
| Beginning Cash on Hand | $ 19,226.00 | | $ 25,176.00 | | $ 33,126.00 | |
| Gross Revenue | $ 145,000.00 | | $ 125,000.00 | | $ 135,000.00 | |
| Cost of Sales (materials, subcontract labor, etc) | $ 84,000.00 | | $ 62,000.00 | | $ 70,000.00 | |
| Gross Profit | $ 61,000.00 | | $ 63,000.00 | | $ 65,000.00 | |
| Expenses | | | | | | |
| Rent | $ 11,150.00 | | $ 11,150.00 | | $ 11,150.00 | |
| Wages and Payroll tax | $ 18,000.00 | | $ 18,000.00 | | $ 18,000.00 | |
| Insurance | $ 2,500.00 | | $ 2,500.00 | | $ 2,500.00 | |
| Owners Draw | $ 5,400.00 | | $ 5,400.00 | | $ 5,400.00 | |
| Advertising | $ 100.00 | | $ 100.00 | | $ 100.00 | |
| Auto and travel expenses | $ 3,500.00 | | $ 3,500.00 | | $ 3,500.00 | |
| Bank fees | $ 100.00 | | $ 100.00 | | $ 100.00 | |
| Janitorial | $ 1,200.00 | | $ 1,200.00 | | $ 1,200.00 | |
| Office expenses. Furniture, etc. | $ 2,000.00 | | $ 2,000.00 | | $ 2,000.00 | |
| Utilities | $ 1,500.00 | | $ 1,500.00 | | $ 1,500.00 | |
| Telephone expense | $ 1,000.00 | | $ 1,000.00 | | $ 1,000.00 | |
| Software Support, Computer & internet | $ 1,700.00 | | $ 1,700.00 | | $ 1,700.00 | |
| Payroll processing | $ 550.00 | | $ 550.00 | | $ 550.00 | |
| Group health/life benefits | $ 3,000.00 | | $ 3,000.00 | | $ 3,000.00 | |
| Lease Financial Services (Forklift Lease) | $ 1,400.00 | | $ 1,400.00 | | $ 1,400.00 | |
| Copy Machine leases | $ 250.00 | | $ 250.00 | | $ 250.00 | |
| Repair and maintenance (Office) | | | | | | |
| Repair and Maintenance (Equipment) | $ 200.00 | | $ 200.00 | | $ 200.00 | |
| Repair and Maintenance (vehicle) | $ 1,000.00 | | $ 1,000.00 | | $ 1,000.00 | |
| Misc. (Dues, Subscriptions, rentals) | $ 500.00 | | $ 500.00 | | $ 500.00 | |
| Debtor's Counsel Admin | $ - | | $ - | | $ - | |
| Sub Trustee Admin | | | | | | |
| Total Expenses | $ 55,050.00 | | $ 55,050.00 | | $ 55,050.00 | |
| Net Cash Flow | $ 5,950.00 | | $ 7,950.00 | | $ 9,950.00 | |
| Ending Cash | $ 25,176.00 | $ - | $ 33,126.00 | $ - | $ 43,076.00 | $ - |