

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>HORIZON INTERIORS, LLC,<br><br>Debtor | Chapter 11<br>Case No. 24-11196-JEB |

**ORDER REGARDING PROCEDURES FOR
APPEARANCES BY VIDEO AT HEARINGS**

In order to provide flexibility and maximize access for parties in interest in addressing the specific matters, the Court may permit parties in interest to appear by video at certain hearings. The Court orders as follows with respect to such hearings:

I.  **GENERAL PROVISIONS**

 1. **The Hearings**. This Order shall apply to all hearings that are designated as a video hearing ("Video Hearing") or a hybrid hearing ("Hybrid Hearing"). For a Hybrid Hearing, the Court will conduct the hearing in person from the designated courtroom set forth in the hearing notice. Counsel, unrepresented parties, and other parties in interest, may appear and be heard in person in the Courtroom or may appear and be heard remotely using Zoomgov.com videoconference technology ("Zoom") in accordance with this Order. For a Video Hearing, the Court will conduct the hearing remotely using Zoom in accordance with this Order.

 2. **Service of Order.** The moving party shall serve this Order together with the hearing notice for the Video Hearing or the Hybrid Hearing, except as otherwise ordered by the Court.

 3. **The Video Platform.** Parties may participate in a Video Hearing or a Hybrid Hearing remotely by using Zoom which is available without charge. Information on Zoom and access to Zoom applications can be obtained at https://zoom.us/download. All counsel and parties who participate in a Video Hearing or a Hybrid Hearing remotely must undertake appropriate set up and testing of Zoom.

4. **Requirements.** By requesting an appearance by video, counsel and parties are responsible to ensure that they will have access to the following hardware and software prior to attending the hearing:

   a. A computer, laptop, or tablet connected to a power source (smartphones are discouraged as the performance is inferior);
   b. Internet access (wired/ethernet connections are recommended, if possible);
   c. A camera for video input;
   d. Speakers or headphones to hear audio (if necessary for the individual or circumstances);
   e. Microphone for speaking (testing the microphone prior to the hearing and having a headphone with a built-in microphone, as well as a backup microphone, is recommended); and
   f. Access to Zoom.

5. **No Court Technical Support.** The Court does not provide technical support to those participating in video hearings.

II. **INFORMATION REGARDING HEARING PARTICIPANTS**

1. **Limit on Participation by Video**. If the number of individuals wishing to participate remotely in a Video Hearing or a Hybrid Hearing, in the Court's view, exceeds the number which would permit the efficient, stable, and reliable transmission by video, the Court may require that certain individuals participate in the hearing only by telephone. The Court will provide to each individual participating by telephone separate dial-in instructions, which may be used with any telephone equipment.

2. **Notice of Participation.** Any counsel and pro se parties who wish to participate by video in a Video Hearing or a Hybrid Hearing shall notify Mary Murray, Courtroom Deputy, at Mary_Murray@mab.uscourts.gov by the date set forth in the hearing notice. The notification shall include the name and email address of each of the Participants as well as their respective roles in the hearing. The notification must include the telephone number at which the Participants may be reached during the hearing and what type of device they will be using if anything other than a personal computer or tablet.

3. **Hearing Invitation.** Prior to a scheduled Video Hearing or Hybrid Hearing, the Courtroom Deputy will send an email to each Participant providing the login information to appear at that particular hearing. Those who receive the login information for the Video Hearing or Hybrid Hearing from the Court may not forward or otherwise share that invitation with any other persons except that counsel may share the login information with their client and members of their firm and staff as necessary, provided they inform the Courtroom Deputy of the name of such individual. Individuals may not be

admitted to the hearing if they are using a computer that does not identify them in the Zoom.gov waiting room with the name of the person that has made this request.

4. **Participation at the Hearing.** Participants should connect to the hearing with the camera off and microphone muted until the case is called. When not speaking during the hearing, Participants should mute their microphone. Participants should follow the instructions of the Courtroom Deputy and the Court regarding whether to leave their camera on during the hearing or to leave their camera off until called upon. If the Court is conducting multiple hearings, Participants may be placed in a waiting room until the hearing is called.

### III. ADDITIONAL PROVISIONS

1. **Court Formalities**. Although Participants may appear by video, each of the Video Hearings and Hybrid Hearings constitutes a court proceeding and all formalities of a court proceeding must be observed in all respects, including proper decorum and attire. Although proper decorum is required, Participants are not expected to stand when the Judge enters or leaves the hearing. Participants may stand during their argument but are not required to do so.

2. **Recesses**. Parties appearing remotely may request a recess to confer by telephone or by other means.

3. **General Public Access**. The general public is welcome to attend any Hybrid Hearing in person at the Courtroom designated in the hearing notice. For Hybrid Hearings, unless otherwise ordered by the Court, public access will be in person only. For Video Hearings, the general public may attend by telephone. Only counsel and parties in interest may request to appear by video.

4. **Recording Prohibited; Official Record**. No person may record or capture images during Video Hearings or Hybrid Hearings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the Video Hearings and the Hybrid Hearings.

5. **Share Screen.** The Share Screen function can only be used as permitted by the Court.

6. **Failure to Comply with This Order.** Failure to appear at a scheduled hearing or to comply with any terms of this Order may result in further orders including the imposition of sanctions against any person subject to this Order, such as by issuance of a reprimand, monetary fine, award of attorneys' fees, and/or denial of the requested relief or the overruling of an objection, as the circumstances warrant.

Dated:   June 18, 2024

_Janet E. Bostwick_
Janet E. Bostwick
United States Bankruptcy Judge