

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>HORIZON INTERIORS, LLC,<br><br>Debtor | Chapter 11<br>Case No. 24-11196-JEB |

**Order Setting Emergency Hearing and Objection Deadline**

**MATTER:**
#11 Emergency Motion filed by Debtor Horizon Interiors, LLC to Pay Pre-petition Wages
#12 Emergency Motion filed by Debtor Horizon Interiors, LLC for Use of Cash Collateral

The requests for emergency determination are granted as follows. The Court will hold a hearing on the Motions on **June 20, 2024, at 3:15 p.m.** The hearing will be held in person in Courtroom 3, John W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109. **Objections to the Motions may be raised at the hearing.**

In order to provide flexibility and maximize access for parties in interest in addressing the Motions, the hearing is scheduled as a Hybrid Hearing. Parties in interest and counsel may choose to participate either remotely by video or in person. Parties in interest and counsel who wish to appear remotely may do so by complying with the terms of the Order Regarding Procedures for Appearances by Video at Hearings dated June 18, 2024 ("Video Hearing Order"). Any pro se parties or counsel intending to attend by video must provide the Notice of Participation required under Paragraph II, 2 of that order to the Courtroom Deputy, Mary Murray, at Mary_Murray@mab.uscourts.gov by **June 20, 2024, at noon.** As provided in the Video Hearing Order, appearance by video is limited to counsel and parties in interest. Members of the general public are welcome to attend the hearing in person in the Courtroom. **Requests submitted after the above deadline may not be considered by the Court.**

The Debtor shall immediately give notice of the hearing and the Motions to all parties who are entitled to notice by (i) serving a copy of this Order and the Motions by electronic mail or other method designed to provide immediate notice, or (ii) giving telephonic notice of the hearing followed by service of a copy of this Order and the Motions by first class mail,

postage prepaid. The Debtor shall file a certificate of service (including the manner of service) by **June 20, 2024, at 10:00 a.m.**

Dated: June 18, 2024  By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge