**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re    ) | |
| ) | |
| HORIZON INTERIORS, LLC    ) | Chapter 11, Subchapter V |
| Debtor    ) | Case No.: 24-11196-JEB |
| ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Marques Lipton, hereby certify that I have this day served the following parties with a true and accurate copy of: [11] Motion to Pay Pre-petition Wages; [12] Motion for Use of Cash Collateral; [13] Order Regarding Procedures for Appearances by Video at Hearings; and [14] Order Setting Emergency Hearing and Objection Deadline, as follows:

Aperion Surfaces
90 Boroline Road
Allendale, NJ 07401
201-694-9158
info@aperionservices.com

Avance Cabinetry
132 Sykes Road
Fall River, MA 02720
866-282-6231
ahmad@avancecabinetry.com

Belknap White Group
111 Plymouth Street
Mansfield, MA 02048
800-283-7500
508-337-2727 (fax)
jorsi@belknapwhite.com

Burke Electric Service
125 North Shore Road
Derry, NH 03038
603-893-7550
Burkeelectricservice@gmail.com

Diamond Flooring
9 Valley Street
Saugus, MA 01906
781-361-4004
Diamonddflooring@gmail.com

E&G Electric
23 Manson Street
Swampscott, MA 01902
781-244-9852
eesmaldo@gmail.com

Hunter Douglas
P.O. Box 405756
Atlanta GA 30384
(800) 365-3399

Lowes Pro Supply, credit dept.
6910 Brasada Drive
Houston, TX 77085
877-633-6747
866-630-6747 (fax)

Modern House Construction, Inc.
35 Witherbee Street
Marlborough, MA 01752
(508) 740-8037
contact@modernhouseconstruction.com

The Home Depot Pro
P.O. Box 2317
Jacksonville, FL 32203
800-345-3000
888-266-7308 (fax)

Cummings Properties, LLC
200 West Cummings Park
Woburn, MA 01801
781-935-8000
781-720-4072 (fax)
jpm@cummings.com

Align Credit Union
P.O. Box 7008
Lowell, MA 01852
866-820-2969
info@aligncreditunion.com

Wolf Home Products
515 North Zarfoss Road
York, PA 17404
800-234-9653
717-792-6713 (fax)

On Deck Capital
c/o Beathan Regan, Esq.
Zwicker & Associates, PC
80 Minuteman Road
Andover, MA 01810
877-221-8325, ext. 3217
breagan@zwickerpc.com

National Grid Electric
P.O. Box 960
Northborough, MA 01523
781-751-3000
customerservice@nationalgrid.com


Ultimate Plumbing
c/o Law Office of Alan M. Cohen & Associates, LLC
209 West Central Street, Suite 126
Natick, MA 01760
508-620-6900
gwegrzyn@collectionslaw.com

BJ Doyle Heating and AC
4 Jewel Drive
Wilmington, MA 01887
978-657-6117

Kamco Supply Corp
181 New Boston Street
Woburn, MA 01801
781-938-0909
dguziejka@kamcoboston.com

Accurate Glass, Inc.
11 Garden Terrace
Woburn, MA 01801
781-935-9999
john@accurateglass.com
carol@accurateglass.com

Oasis Shower Doors
50 Finnell Drive
Weymouth, MA 02188
781-740-2700


Dated: June 20, 2024 　　　　　　　　　　　　*/s/ Marques C. Lipton*
　　　　　　　　　　　　　　　　　　　　　　Marques C. Lipton