**UNITED STATE BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In re: ) | |
| ) | |
| HORIZON INTERIORS, LLC ) | Case No. 24-11196 |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of the creditor and party in interest, Cummings Properties, LLC, in the above-captioned action, and requests service, pursuant to Bankruptcy Rule 2002, 9007 and 9010 of all notices and pleadings given, served or filed in the above-captioned case upon the following persons at the following address, e-mail, address, and fax number.

Joseph P. Mingolla, Esq.
Cummings Properties, LLC
200 West Cummings Park
Woburn, Massachusetts 01801
legal@cummings.com
Tel. 781-935-8000
Fax 781-932-7006

CUMMINGS PROPERTIES, LLC

By its attorney,

s/Joseph P. Mingolla
Joseph P. Mingolla, BBO #631287
Cummings Properties, LLC
200 West Cummings Park
Woburn, Massachusetts 01801
Dated:  June 20, 2024          781-935-8000
legal@cummings.com