**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In Re** ) | |
| ) | |
| **HORIZON INTERIORS, LLC** ) | **Chapter 11, Subchapter V** |
| **Debtor** ) | **Case No.: 24-11196-JEB** |
| ) | |

## INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL

This matter came before the Court on the motion of the debtor, Horizon Interiors, LLC (the "Debtor") for an order authorizing the Debtor's use of cash collateral (the "Cash Collateral Motion"). Notice of the Cash Collateral Motion being good and sufficient under the circumstances, a hearing having been held on the Cash Collateral Motion on June 20, 2024, there being no objections to the Debtor's use of Cash Collateral on an interim basis and it appearing that there is good cause for the entry of this Interim Order, the Court hereby:

**FINDS AS FOLLOWS:**

A. On June 17, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11, Subchapter V of the United States Bankruptcy Code.

B. The Debtor is operating its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

C. Pursuant to Fed. R. Bankr. P. 4001(b)(2), the Court may authorize the Debtors' use of cash collateral prior to a final hearing, but only to the extent necessary to avoid immediate and irreparable harm to the estates pending a final hearing.

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Cash Collateral Motion is granted as set forth herein.

2. The Debtor is authorized on an interim basis to use cash collateral for the purposes described in the cash collateral motion in the operation of its business, provided however that pursuant to Fed. Bankr. P. 4001(b)(2) and pending allowance of a final order, the Debtor shall use and expend only the amount of asserted cash collateral as is necessary to avoid immediate and irreparable harm to the estate pending a final hearing on the Cash Collateral Motion or until further order of the Court.

3.  For the purposes of Sections 361 and 363(e) of the Code and as adequate protection for any diminution in the value of their collateral resulting from the Debtor's use thereof in the operation of its business during the post-petition period, creditors holding a secured interest in the Debtors' assets are hereby granted replacement liens to the same extent, priority and perfection and only to the extent unavoidable, that such secured creditors would have had in the absence of the bankruptcy filing.

4.  A further hearing on the Cash Collateral Motion and the Debtor's continued use of cash collateral shall be held on _____, 2024 at _____ A.M at the United States Bankruptcy Court, 5 Post Office Square, 12th Floor, Courtroom 3, Boston, Massachusetts 02109.

5.  Any objections to the Cash Collateral Motion shall be filed no later than _____, 2024 at 4:30 PM and served upon the Debtor's Counsel, the United States Trustee, the Subchapter V Trustee and any other parties in interest.

6.  The Debtor shall serve a copy of the notice of the continued hearing and objection deadline by serving a copy of this Interim Order on the United States Trustee, the Subchapter V Trustee, all secured creditors and all other interested parties and shall file a certificate of service with the Court on or before _____ 2024.


Entered this __day of June, 2024


_____
Hon.  Janet E. Bostwick
United States Bankruptcy Judge