UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                                 CHAPTER 11
                                                                         CASE NO. 24-11196

Horizon Interiors, LLC
Debtor,

NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

     In accordance with Bankruptcy Rule 9010 and Local Rule 12 of this Court please enter the appearance of GLENN WEGRZYN of the LAW OFFICES OF ALAN M. COHEN & ASSOCIATES LLC, 209 West Central Street, Suite 126, Natick, Massachusetts 01760, as counsel to ANTHONY PALDINO D/B/A ULTIMATE PLUMBING & HEATING. The undersigned hereby requests to receive copies of all notices, papers, and orders required to be given or served in accordance with Bankruptcy Rule 2002 and, in addition, copies of all pleadings, notices of applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegram, telex or otherwise, which affects the Debtor or the property of the Debtor filed by any party in the above-captioned case.

                                                    ALAN M. COHEN & ASSOCIATES LLC
                                                    By its attorney,

Dated: June 24, 2024                /s/ Glenn Wegrzyn, Esquire
                                                    Glenn Wegrzyn, Esquire (BBO # 676398)
                                                    LAW OFFICES OF ALAN M. COHEN
                                                     & ASSOCIATES LLC
                                                    209 West Central Street, Suite 126
                                                    Natick, MA 01760
                                                    (508) 620-6900
                                                    gwegrzyn@collections-law.com

CERTIFICATE OF SERVICE

     I, Glenn Wegrzyn, Esquire, certify under the pains and penalties of perjury that on June 24, 2024 a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS was served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing: Debtor's counsel, and Bankruptcy Trustee.

                                                  /s/ Glenn Wegrzyn, Esquire
                                                  Glenn Wegrzyn, Esquire