UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | Case Number 24-11196 |
| | ) | |
| Horizon Interiors, LLC | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that John F. Morello, Esq. and the law firm of Morello & Associates, P.C. ("Counsel") hereby enter their appearance in the above-captioned case on behalf of Align Credit Union.  Pursuant to Bankruptcy Rule 2002, Counsel requests that their name be added to the mailing list and electronic CM/ECF mailing list maintained by the Clerk in the above-captioned case and that all notices given and all papers served on any party, filed with the Court or delivered to the Trustee in the above-captioned case be given to and served upon Counsel at the email address set forth below or by first class mail.

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and also includes, without limitation, notices of any order, pleadings, motions, applications, complaints, hearings, requests or petitions, answering or reply papers, memorandum and briefs in support of any of the foregoing, and any other document therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex, or otherwise, all of which should be sent to Counsel at Morello & Associates, P.C., Lynnfield Woods Office Park, 220 Broadway, Unit 402, Lynnfield, Massachusetts 01940.

/s/John F. Morello, Esq.
BBO# 643345
Morello & Associates, P.C.
220 Broadway, Unit 402
Lynnfield, MA 01940
Ph. 781-477-1822
Fax. 781-477-1811
Email: jmorello@morellolaw.com

Dated: June 27, 2024

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 |
| | Case Number 24-11196 |
| Horizon Interiors, LLC | |
| | |
| Debtor | |

## **CERTIFICATE OF SERVICE**

I, John F. Morello, Esquire, state that on June 27, 2024, I electronically filed the attached Entry of Appearance and Request for Service with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Richard King - B, US Trustee
USTPRegion01.BO.ECF@USGOJ.GOV

Stephen Darr, Trustee

Marques C. Lipton
Debtor's Attorney
marques@liptonlg.com

Justin Kesselman
Debtor's Attorney
justin.a.kesselman@usdoj.gov

/s/ John F. Morello
John F. Morello

2